TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00120-CV

Travis Star Corporation, Appellant

v.

Travis County; Austin Independent School District; County Education District; Austin
Community College; Southwest Travis County Road District, No. 1;

and City of Austin, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 92-12501, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Travis Star Corporation has filed a motion to dismiss this appeal. We grant
appellant's motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed: August 12, 1999

Do Not Publish